UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>JUAN ALBERTO MEDRANO-BAEZ   )<br>a/k/a Juan Medrano,   )<br>a/k/a Juan AlbertoMedrano,   )<br>a/k/a Alberto Medrano-Baez,   )<br>        Defendant.   ) | **04CR 1 0 2 2 8 RGS**<br><br>CRIMINAL NO.:<br><br>VIOLATION:<br>8 U.S.C. § 1326<br>    Illegal Re-entry of<br>    Deported Alien |

## INDICTMENT

**COUNT ONE**: 8 U.S.C. §1326 – Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about July 4, 2003, at Salem, Massachusetts, in the District of Massachusetts,

**JUAN ALBERTO MEDRANO-BAEZ,**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326 (a)(1) and (b) (2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; August 4, 2004, at _12:21 pm  8/4_

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK