UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10228-RGS

UNITED STATES OF AMERICA

v.

JUAN ALBERTO MEDRANO-BAEZ

INITIAL SCHEDULING ORDER

August 5, 2004

COHEN, M.J.

    The above named defendant having been arraigned before this court on Thursday, August 5, 2004, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A.     Any discovery request letters shall be sent and filed by Thursday, September 16, 2004. See LR 116.3(A) and (H).

B.     Any responses to discovery request letters shall be sent and filed within fourteen (14) days of receipt of the discovery request letter(s) referred to in Paragraph A immediately above, or on or before Thursday, September 30, 2004, **whichever date shall first occur**. See LR 116.3(A).

C.     Any and all discovery motions shall, consistent with the provisions of LR

    116.3(E) through 116.3(H), be filed on or before 14 days after receipt of the opposing party's declination to provide the requested discovery, **or** 14 days after the opposing party has received the discovery request letter and has failed to respond thereto, **whichever date shall first occur**. See LR 116.3(E) and (H).

D.     Response(s) to any motions shall be filed on or before fourteen (14) days after motions have been filed consistent with the provisions of Paragraph C immediately above. See LR 116.3(I).

E.     **An initial status conference in accordance with LR 116.5 will be held be held by Judge Collings on a date and at a time to be established by the district judge. Counsel for the respective parties shall consult with Chief Judge Young's session to obtain that date and time.**

F.     **Unless Judge Collings otherwise directs, a joint memorandum addressing those items set forth in Local Rule 116.5(A)(1) through Local Rule 116.5(A)(7) shall be filed no less than five days prior the initial status conference referred to in Paragraph E above.**

*/s/ Lawrence P. Cohen*
_____
UNITED STATES MAGISTRATE JUDGE