# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

U.S. V.S. John

FOR

AT

**PERSON REPRESENTED** (Show your full name)

JUAN MEDRANO BAEZ

| | |
|---|---|
| 1 ☐ Defendant—Adult | DOCKET NUMBERS |
| 2 ☐ Defendant - Juvenile | Magistrate |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | District Court |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | Court of Appeals |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: N/A

IF YES, how much do you earn per month? $ N/A
IF NO, give month and year of last employment: June '03
How much did you earn per month? $ 2,000

If married is your Spouse employed? ☐ Yes ☐ No  NOT MARRIED
IF YES, how much does your Spouse earn per month? $ N/A
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ N/A

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: N/A  SOURCES:

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ ____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: N/A  DESCRIPTION:

**DEPENDENTS**

MARITAL STATUS: ✓ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: N/A

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:
Creditors: NO DEBTS, INCARCERATED SINCE JULY
Total Debt: $
Monthly Paymt.: $

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) AUGUST 5, 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Juan Medrano