# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
    Plaintiff,

V.

CRIMINAL NO:
04-10228-RGS

JUAN ALBERTO MEDRANO-BAEZ,
a/k/a Juan Medrano,
a/k/a Juan Alberto Medrano,
a/k/a Alberto Medrano-Baez.
    Defendant.

## *NOTICE OF INITIAL STATUS CONFERENCE*

Please take notice that an Initial Status Conference in the above-entitled case has been scheduled for **Tuesday, September 28, 2004 at 3:45 P.M.** in Courtroom #14, 5th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

                                              **ROBERT B. COLLINGS**
                                              **United States Magistrate Judge**

                                              */s/ Kathleen M. Dolan*
                                              Deputy Clerk
                                              (617) 748-9229

Dated: August 17, 2004.

Notice to:
Paul R. Moore, Asst. U. S. Attorney
Michael J. Liston, Esquire

Case 1:04-cr-10228-RGS     Document 7     Filed 08/17/2004     Page 2 of 2