# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                            CRIMINAL NO. 2004-10228-RGS

JUAN ALBERTO MEDRANO-BAEZ,
        Defendant.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *<u>PURSUANT TO LOCAL RULE 116.5(A)</u>*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on September 28, 2004; counsel for the defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

    (1)    No.

    (2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations

> respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., ***not less than twenty-one (21) working days before trial.***

(3) No.

(4) No non-discovery type motions will be filed.

(5) *See* Order of Excludable Delay entered this date.

(6) A trial is not anticipated.

(7) The Final Status Conference is set for ***Thursday, October 14, 2004 at 2:15 P.M.***

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra*.

(2) It does not.

(3) None.

(4) *See* Order of Excludable Delay entered this date.

(5) Not applicable.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

September 29, 2004.