# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

v.   CRIMINAL NO. 2004-10228-RGS

JUAN ALBERTO MEDRANO-BAEZ,
    Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

8/04/2004 - Indictment returned.

8/5/2004 - Initial Appearance/Arraignment

8/6 - 9/3/2004 - Excluded as per L.R. 112.2(A)(2)

9/28/2004 - Conference held.

Thus, as of September 28, 2004, TWENTY-FIVE (25) non-excludable days will have occurred leaving FORTY-FIVE (45) days left to commence trial so as

to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 21, 2004.