# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.                    CRIMINAL NO. 2004-10228-RGS

JUAN ALBERTO MEDRANO-BAEZ,
     Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

10/14/2004 - Conference held.

Thus, as of October 14, 2004, FORTY (40) non-excludable days have occurred leaving THIRTY (30) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                            /s/ Robert B. Collings
                                            ROBERT B. COLLINGS
October 15, 2004.                United States Magistrate Judge