UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
                                        )
         v.                             )   CRIMINAL NO.
                                        )   04-10228 − RGS
JUAN MEDRANO-BAEZ                       )
_____  )

**DEFENDANT JUAN MEDRANO-BAEZ'S MOTION FOR A PRE-PLEA PRE-SENTENCE REPORT AND FOR A PSYCHIATRIC EXAMINATION AT GOVERNMENT EXPENSE**

The defendant, Juan Medrano-Baez ('Medrano"), has been indicted as having illegally re-entered this country after having been deported in violation of 8 U.S.C. § 1326.  Medrano intends to enter a guilty plea. However, while in pretrial detention Medrano has suffered hallucinations, was put on suicide watch and is currently taking antipsychotic medication.

Through his attorney Medrano moves that the court order a pre-plea pre-sentence report and at the same time authorize a psychiatric examination at government expense.

                                        By his attorney,

                                        s/ Michael J. Liston
                                        _____
                                        Michael J. Liston BBO# 301760
                                        2 Park Plaza, Suite 610
                                        Boston, MA  02116
                                        (617) 426-2281

Dated:  November 3, 2004