UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                          )
**UNITED STATES OF AMERICA**            )
                                                          )
                                                          )
          v.                                          )   CRIMINAL NO.
                                                          )   04-10228 − RGS
**JUAN MEDRANO-BAEZ**                   )
_____)

**DEFENDANT JUAN MEDRANO-BAEZ'S MOTION THAT THE COURT'S JANUARY 5, 2005 ORDER RELATING TO HIS PSYCHIATRIC EXAMINATION BE MODIFIED TO EXTEND THE TIME WITHIN WHICH THE REPORT MAY BE PREPARED AND FILED TO AND INCLUDING APRIL 15, 2005**

On January 5, 2005, the court entered an Order, pursuant to 18 U.S.C. §§ 4241 and 4247, that a psychiatric or psychological examination of the defendant be conducted at a suitable facility designated by the Bureau of Prisons. Paragraph 2 of the Order required the filing and serving of a written report of the examination "within forty five (45) days" of the January 5, 2005 date of the Order.

On January 14, 2005, counsel for defendant was informed that the Bureau of Prisons had designated FMC Devens as the location for the defendant's examination. The United States Marshals, however, did not transport the defendant to FMC Devens until on or about February 23, 2005.

As a result of this delay and with the approval of the government, the defendant moves that paragraph 2 of the court's January 5, 2005 Order be modified by extending the time within which the written report of the examination may be filed and served to and including April 15, 2005.

2

By his attorney,

s/ Michael J. Liston

_____
Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA  02116
(617) 426-2281

Dated:  March 2, 2005