UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                                  CRIMINAL NO. 04-10228-RGS

JUAN ALBERTO MEDRANO-BAEZ

# NOTICE OF HEARING

**STEARNS, DJ.**                                                                          **MAY 10, 2005**

A CHANGE OF PLEA HEARING, AND SENTENCING, IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

**THURSDAY, JULY 14, 2005 AT 2:30 P.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                                                          RICHARD G. STEARNS
                                                          UNITED STATES DISTRICT JUDGE

                          BY:

                                          /s/ Mary H. Johnson
                                          Deputy Clerk

TO: AUSA Moore; Michael Liston, Esq., Stephanie Henshaw, U. S. Probation Officer